UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRUSTEES OF CENTRAL LABORERS' PENSION, WELFARE & ANNUITY FUNDS,<br><br>      Plaintiffs,<br><br>  v.<br><br>DEAN COLYER CONSTRUCTION, INC.,<br><br>      Defendant. | Case No. 06-cv-4095-JPG |

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**  This matter having come before the Court upon plaintiff's notice of dismissal and the Court having found that plaintiff has voluntarily dismissed this action,

**IT IS ORDERED AND ADJUDGED** that all claims by the plaintiff against defendant Dean Colyer Construction, Inc., in this case, are **DISMISSED with prejudice.**

**DATE: July 17, 2007**

                                                  **NORBERT G. JAWORSKI, CLERK**

                                                  **S/Brenda K.  Lowe**
                                                  **Deputy Clerk**

**APPROVED: s/ J. Phil Gilbert**
                  **J. PHIL GILBERT**
                  **U.S. District Judge**